The judgment and order should be affirmed, with costs.

---

GASTNER et al. v. DURYEA.

(Supreme Court, General Term, First Department. May 17, 1895.)

Appeal from circuit court, New York county.

Action by Samuel W. Gastner and others against John Duryea to charge defendant as a stockholder of the Consumers' Gas Company, an insolvent corporation. From a judgment entered on a verdict in favor of plaintiffs, and from an order denying a motion for a new trial, defendant appeals. Reversed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Reuben L. Maynard, for appellant.
W. P. Knapp, for respondents.

PER CURIAM. For the reasons stated in the opinion in Herbert v. Duryea (herewith handed down) 33 N. Y. Supp. 1031, the judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

FOLLETT, J., dissenting, on same grounds as in Herbert v. Duryea, supra.